Argued March 1, affirmed March 1, 1973

STATE OF OREGON, *Respondent, v.* PATRICK HENRY MURPHY (No. C 72-07-2283 Cr), *Appellant.*

506 P2d 728

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John H. Clough,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.